IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 JUN 20 PM 3: 04

| | | |
|---|---|---|
| DEY, L.P. and DEY, INC., | ) | **REDACTED** |
| Plaintiffs, | ) | **PUBLIC VERSION** |
| v. | ) | C.A. No. 08-372 |
| SEPRACOR, INC., | ) | |
| Defendant, | ) | |

**EXHIBIT 3 TO COMPLAINT DATED JUNE 20, 2008**

*Of Counsel:*

Edgar H. Haug
Sam V. Desai
Frommer, Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Telephone: (212) 588-0800
Fax: (212) 588-0500
Ehaug@flhlaw.com
Sdesai@flhlaw.com

Elizabeth A. Leff
Frommer, Lawrence & Haug LLP
1667 K Street, N.W.
Washington, DC 20006
Telephone: (202) 292-1530
Fax: (202) 292-1531
Eleff@flhlaw.com

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

Dated: June 20, 2008

{00224628;v1}

# EXHIBIT 3

# EXHIBIT REDACTED