IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEY LP and DEY, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-372 (UNA) |
| | ) | |
| SEPRACOR INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time of Sepracor Inc. to answer, move or otherwise respond to the Complaint in this action is hereby extended through and including August 13, 2008.

ASHBY & GEDDES, PA

*/s/ John G. Day (#2403)*

Steven J. Balick (#2114)
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashby-geddes.com
   *Attorneys for Plaintiffs Dey LP
   and Dey, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com
   *Attorneys for Defendant Sepracor Inc.*

July 1, 2008

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

2390173