IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEY PHARMA, L.P. and DEY, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SUNOVION PHARMACEUTICALS INC., )<br>)<br>Defendant. ) | C.A. No. 08-372 (LPS) |

JOINT STIPULATION OF DISMISSAL
AND [PROPOSED] ORDER OF FINAL JUDGMENT

WHEREAS, Plaintiffs Dey Pharma, L.P. and Dey, Inc. (collectively "Dey") filed a complaint against Defendant Sunovion Pharmaceuticals Inc. ("Sunovion") seeking declaratory judgments of: (1) noninfringement; and (2) invalidity with respect to U.S. Patent No. 6,451,289;

WHEREAS, Dey has agreed to dismiss without prejudice their claim for a declaratory judgment of invalidity;

WHEREAS, the parties have agreed to the entry of final judgment upon dismissal of Dey's claim without prejudice to the right of Defendant Sunovion Pharmaceuticals Inc. ("Sunovion" or "Defendant") to appeal;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Dey's claim for declaratory judgment of invalidity be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs; and,

IT IS ORDERED AND ADJUDGED that Final Judgment be entered for Plaintiffs against Defendant on Plaintiffs' claim for a declaratory judgment of noninfringement of U.S. Patent No. 6,541,289, without prejudice to the right of Sunovion to appeal.

2

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | By: */s/ Karen Jacobs Louden*<br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Tel: (302) 658-9200<br>jblumenfeld@mnat.com<br>*klouden@mnat.com* |
| *Attorneys for Plaintiffs*<br>*Dey Pharma, L.P. and Dey, Inc.* | *Attorneys for Defendant Sunovion*<br>*Pharmaceuticals Inc.* |

IT IS SO ORDERED this _____ day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE

1017101 / 35939